# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**SAM KINNEY, III**  PLAINTIFF

v.  No. 5:19-cv-335-DPM

**SAM POPE, Judge; BYRUM
GIBSON, Judge; CREWS PURYEAR,
Prosecutor; SANDRA BRADSHAW,
Prosecutor, TIMOTHY R. LEONARD,
Lawyer, and JOE MAZATY, Lawyer**  DEFENDANTS

## ORDER

1. The Court must screen Kinney's complaint. № *1*; 28 U.S.C. § 1915A. Kinney says the Defendants violated the Arkansas Rules of Professional Conduct. № *1*. He wants to file a complaint against them with the Office of the Committee on Professional Conduct. But a professional conduct complaint must be submitted directly to that office, not to this Court.

2. If Kinney wants to proceed with a § 1983 lawsuit in this Court, then he must submit an amended complaint on the provided form and an application to proceed *in forma pauperis* by 29 November 2019. If he doesn't, then the Court will dismiss this case without prejudice. LOCAL RULE 5.5(c)(2). If the Court grants Kinney permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

**3.** The Court directs the Clerk to mail Kinney a blank § 1983 complaint form and an application to proceed *in forma pauperis*.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 October 2019