# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SAM KINNEY, III**                                                 **PLAINTIFF**

v.                  No. 5:19-cv-335-DPM

**SAM POPE, Judge; BYRUM
GIBSON, Judge; CREWS PURYEAR,
Prosecutor; SANDRA BRADSHAW,
Prosecutor, TIMOTHY R. LEONARD,
Lawyer, and JOE MAZATY, Lawyer**         **DEFENDANTS**

## ORDER

Kinney hasn't filed an amended complaint. He also hasn't paid the $400 filing and administrative fees or filed a complete application to proceed *in forma pauperis*. The time to do so has passed. № 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature: DPMarshall Jr.]*

D.P. Marshall Jr.
United States District Judge

   3 December 2019