# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**SAM KINNEY, III**                                              **PLAINTIFF**

v.                      No. 5:19-cv-335-DPM

**SAM POPE, Judge; BYRUM
GIBSON, Judge; CREWS PURYEAR,
Prosecutor; SANDRA BRADSHAW,
Prosecutor, TIMOTHY R. LEONARD,
Lawyer, and JOE MAZATY, Lawyer**                                **DEFENDANTS**

### ORDER

Motion for leave to proceed *in forma pauperis* on appeal, № 7, denied. The Court certified that an *in forma pauperis* appeal would not be taken in good faith. № 4; 28 U.S.C. § 1915(a)(3).

So Ordered.

*(signed)* D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

 16 December 2019